```
55iiphip                PLEA
```

1  UNITED STATES DISTRICT COURT
   SOUTHERN DISTRICT OF NEW YORK
2  ------------------------------x

3  UNITED STATES OF AMERICA,

4          v.                              04 Cr. 1359 SCR MDF

5  GAILICAN PHILLIPS,

6              Defendant.

7  ------------------------------x

   [FILED STAMP: U.S. DISTRICT COURT, MAY 25 2005, S.D. OF N.Y., W.P.]

8                                          May 18, 2005
                                           9:45 a.m.
9                                          White Plains, N.Y.

10 Before:

11                 HON. MARK D. FOX,

12                                     Magistrate Judge

13                 APPEARANCES

14 DAVID N. KELLEY
        United States Attorney for the
15      Southern District of New York
   JESSE FURMAN
16      Assistant United States Attorney

17 FEDERAL DEFENDERS UNIT
        Attorney for Defendant
18 PAUL DAVISON

19
                          PLEA
20

21

22                                    ORIGINAL

23

24

25

```
          SOUTHERN DISTRICT REPORTERS, P.C.
                  (212) 805-0300
```