UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-          04CR1359(SCR)

GAILICAN PHILLIPS          ORDER ACCEPTING PLEA ALLOCUTION

ROBINSON. J

     The Court has reviewed the transcript of the plea allocution in the above entitled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Mark D. Fox, United States Magistrate Judge, dated, May 18, 2005 is approved and accepted.

     The Clerk of the Court is directed to enter the plea.

Dated: ~~May~~ June 10, 2005

SO ORDERED:

STEPHEN C. ROBINSON
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____